UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LINDA MARSHALL,**

    Plaintiff,

v.                                                     CASE NO.  3:04-cv-1066-J-25MCR

**JO ANNE B. BARNHART**, Commissioner of
the Social Security Administration,

    Defendant.

---

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 13) recommending that Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment (Dkt. 9) be granted. All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections. None have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 13) is adopted and incorporated by reference in this Order.

2. The Motion to Dismiss or in the Alternative Motion for Summary Judgment (Dkt. 9) is **GRANTED** and the Complaint is **dismissed.**

3. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 25 day of July, 2005.

                                      HENRY LEE ADAMS, JR.
                                      UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record